UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, L.P.,<br><br>Defendant. | NO.<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

To: The Honorable Judges of the United States District Court for the Western District of Washington, Tacoma Division

PLEASE TAKE NOTICE that Defendant United Recovery Systems, L.P. ("URS"), by and through counsel, hereby removes the above-captioned matter from the Small Claims Department of the State of Washington District Court for Cowlitz County to the United States District Court for the Western District of Washington, Tacoma Division, pursuant to 28 U.S.C. §§ 1331 and 1446. In support thereof, URS states as follows:

NOTICE OF REMOVAL

Elizabeth Powell PS Inc
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518 efax (425) 663-7939
powelllaw@comcast.net

1.  On September 23, 2014, Plaintiff Timothy Dietz filed the above-captioned claim currently pending in the Small Claims Department of the State of Washington District Court for Cowlitz County under case number 14-S-218.

2.  On September 29, 2014, URS received a copy of the Summons and Complaint, postmarked September 26, 2014.

3.  As required under 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon URS in Plaintiff's state court action are attached hereto as Exhibit 1.

4.  As required under 28 U.S.C. § 1446(d), a copy of this Notice of Removal as well as the state notice are being served upon Plaintiff, who is proceeding *pro se*, and a copy of this Notice of Removal is being filed with the clerk of the Cowlitz County District Court.

5.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after URS received Plaintiff's Complaint.

6.  Intradistrict Assignment. This matter is properly assigned to the Tacoma Division because the claim arose in Cowlitz County, and the underlying action is currently pending in Cowlitz County.

7.  This Court has original jurisdiction over the subject matter of Plaintiff's action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a violation of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 *et. seq.*

8.  Further, this Court has supplemental jurisdiction over Plaintiff's state law claim

NOTICE OF REMOVAL

Elizabeth Powell PS Inc
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518 efax (425) 663-7939
powelllaw@comcast.net

alleging a violation of the Washington Fair Credit Act (WFCRA), RCW § 19.182 *et. seq.*, as the state law claim is so related to the federal claim that it forms part of the same case or controversy.

WHEREFORE, United Recovery Systems, LP, respectfully requests that this Honorable Court enter an order removing the State Court Action to the United States District Court for the Western District of Washington, Tacoma Division.

Dated: October 22, 2014

Respectfully submitted, United Recovery Systems, LP,
A Texas Limited Partnership

Elizabeth Powell PS Inc.

Elizabeth Powell, WSBA No. 30152
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518
powelllaw@comcast.net

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above-titled **Notice of Removal** was served on the Plaintiff by sending the same via U.S. Mail at or before 5:00PM EST on October 22, 2014 to the following party of record:

Timothy Dietz (*Pro Se Plaintiff*)

3501 S. 38th Street, #Y69

Tacoma, WA 98409

timthepostman@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Signed at Tacoma, WA on October 22, 2014   Elizabeth Powell, WSBA No. 30152

NOTICE OF REMOVAL

Elizabeth Powell PS Inc
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518 efax (425) 663-7939
powelllaw@comcast.net