UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY DIETZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED RECOVERY SYSTEMS, L.P.,<br><br>Defendant. | **NO.**<br><br>**RULE 7.1 DISCLOSURE** |

**DEFENDANT UNITED RECOVERY SYSTEM'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Western District of Washington, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, United Recovery Systems, LP, certifies that the following are corporate parents, affiliates and/or subsidiaries that have issued shares or debt securities to the public or own more than ten percent of its stock:

United Recovery Systems, LP, does not have any corporate parents, affiliates and/or



**Elizabeth Powell PS Inc**
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518 efax (425) 663-7939
powelllaw@comcast.net

subsidiaries, which are publicly held.

URS certifies that the following are partners comprising URS's limited partnership: URS Management, LLC, and URS Acquisition Corp.

Dated: October 22, 2014

Respectfully submitted,

United Recovery Systems, LP

By: Elizabeth Powell, WSBA No. 30152

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above-titled **Notice of Removal** was served on the Plaintiff by sending the same via U.S. Mail at or before 5:00PM EST on October 22, 2014 to the following party of record:

Timothy Dietz (*Pro Se Plaintiff*)
3501 S. 38th Street, #Y69
Tacoma, WA 98409
timthepostman@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct. Signed at Tacoma,WA on October 22, 2014 Elizabeth Powell, WSBA No. 30152



**Elizabeth Powell PS Inc**
535 Dock Street, Suite 108
Tacoma, WA 98402
(253) 274-1518 efax (425) 663-7939
powelllaw@comcast.net