IN THE SMALL CLAIMS DEPARTMENT OF COWLITZ COUNTY DISTRICT COURT

TIMOTHY DIETZ,

        Plaintiff,

v.

UNITED RECOVERY SYSTEMS, L.P.,

        Defendant.

No. 14-S-218

## NOTICE OF FILING REMOVAL TO FEDERAL COURT

**TO THE CLERK OF THE COURT OF COWLITZ COUNTY, WASHINGTON:**

PLEASE TAKE NOTICE that United Recovery Systems, LP, ("URS"), has filed a Notice of Removal of this action to the United States District Court for the Western District of Washington, Tacoma Division, this 22 day of October, 2014.

Dated: October 22, 2014

Respectfully submitted,

United Recovery Systems, LP

By: _____
One of its attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above-titled **Notice of Filing Removal to Federal Court** was served on the Plaintiff by sending the same via U.S. Mail at or before 5:00PM EST on October 22, 2014 to the following party of record:

Timothy Dietz (*Pro Se Plaintiff*)
3501 S. 38th Street, #Y69
Tacoma, WA 98409